```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

IGOR MIKHAYLOVICH SIMONOVICH,    *

    Petitioner                 *

vs.                              *
                              CASE NO. 4:12-CV-21 (CDL)
ERIC HOLDER, et al.,             *

    Respondents                *

## ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of Dismissal which was filed by the United States Magistrate Judge on May 24, 2012. No objection to this recommendation has been filed as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of Dismissal and makes it the order of this Court.

IT IS SO ORDERED, this 12th day of June, 2012.

                                        s/Clay D. Land
                                        CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE